UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-30-13
```

ANCHORAGE CAPITAL GROUP, L.L.C.,

                Plaintiff,

-v-

BNP PARIBAS SA,

                Defendant.

No. 13 Civ. 2731 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Plaintiff filed this action in New York State Supreme Court, New York County on March 11, 2013, and Defendant removed it to this Court on April 24, 2013. (Doc. No. 1.) On April 29, 2013, Plaintiff filed an unopposed motion to remand this action to state court for lack of subject matter jurisdiction based on the absence of complete diversity among the parties. (Doc. No. 5.) The Court agrees that complete diversity – an indispensible ingredient of federal courts' diversity jurisdiction – is missing here. Accordingly, IT IS HEREBY ORDERED THAT this action is remanded to state court. The Clerk of the Court is respectfully directed to terminate the motion pending at Doc. No. 5 and to close this case.

SO ORDERED.

DATED:    April 30, 2013
                New York, New York

                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES DISTRICT JUDGE